COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Mark Owen Foster
Louisiana Appellate Project
P. O. Box 2057
Natchitoches LA 71457

REHEARING ACTION: January 27, 2010

**Docket Number: 09   00712-KA**

**STATE OF LOUISIANA
VERSUS
ANTHONY DEWAYNE CYRIAK**

**Appealed from Rapides Parish Case No. 289094**

BEFORE JUDGES:

Hon. Elizabeth A. Pickett
Hon. J. David Painter
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Anthony Dewayne Cyriak** has this day been

DENIED.

cc: James C. Downs, Counsel for the Appellee
    Sheryl Lynn Laing, Counsel for the Appellee